IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | No. 3:19cv921 |
|---|---|---|
| **RONNIE DAKOTA COVINGTON,** | : | |
| Petitioner | : | |
| v. | : | (Judge Munley) |
| | : | |
| **WARDEN EBBERT,** | : | |
| Respondent | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Covington's 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

Date: June 28, 2019

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**